### TOWN OF NEW LONDON v. TOWN OF MONTVILLE.

An action of *assumpsit* will not lie against a town where a part only are liable.

ACTION of *assumpsit*, declaring, that in October, A. D. 1786, Montville was incorporated into a town, and taken from the towns of New London, Lyme and Colchester, and in the act of incorporation, it was enacted, that the inhabitants in said town of Montville, which belonged within the town of New London, should pay their part and proportion of all the debts incurred upon the town of New London, according to their list given in the year A. D. 1785 — That said town of Montville appointed a committee to settle and adjust said accounts with the selectmen of said New London — That upon a settlement, there was found due from the inhabitants of that part of Montville, which was taken from New London, the sum of £263 14s. 2d., according to the rule given by said act, and thereupon and in consideration thereof, the plaintiffs say that the defendants being liable, did assume and promise to pay the same, etc.

Demurrer to the declaration — Judgment that the declaration is insufficient; and by the court; it appears by the plaintiff's own showing that it was not originally the duty of the defendants to pay said debt, but of a certain part of them, viz. those only who were taken from New London, and nothing appears whereby said town of Montville have assumed this debt; their appointing a committee to settle with New London did not amount to an assumption.